# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3375
_____

ROBERT E. SWAN,

    Appellant,

    v.

DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Certificate
Trustee on behalf of Bosco
Credit II Trust Series 2010-1
and DORIS F. SWAN,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Tyrie Boyer, Judge.

February 4, 2019


PER CURIAM.

    DISMISSED for lack of jurisdiction.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert E. Swan, pro se, Appellant.

No appearance for Appellees.